AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>The Google Email Account: jguo@autelrobotics.com )<br>) <br>) | Case No.  MJ20-649 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    October 22, 2020    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/8/2020   11:45 pm                    *(signature)*
                                                                *Judge's signature*

City and state:     Seattle, Washington                Brian A. Tsuchida, Chief United States Magistrate Judge
                                                                *Printed name and title*

FILED (DROP BOX)

MAR 01 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | Return | |
|---|---|---|
| Case No.: MJ20-649 | Date and time warrant executed: 10/08/2020  1445 HRS | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

Electronically stored information and communications contained in jguo@autelrobotics.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/01/2021

_Executing officer's signature_

Christy Clerf, Special Agent
_Printed name and title_

USAO# 2019R00052

## ATTACHMENT A
### Accounts to be Searched

The electronically stored information and communications contained in, related to, and associated with, including all preserved data associated with the following account:

**jguo@autelrobotics.com**

as well as all other subscriber and log records associated with the account, which is located at premises owned, maintained, controlled or operated by Google, an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

Attachment A
USAO 2020R0910

# ATTACHMENT B
# ITEMS TO BE SEARCHED AND SEIZED

I.  **Section I - Items to be to be Provided by Google, for search:**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   a.  The contents of all e-mails associated with the accounts, including stored or preserved copies of e-mails sent to and from the accounts, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

   b.  All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created, the length of service, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

   c.  The types of service utilized;

   d.  All records or other information stored at any time by an individual using the accounts, including address books, contact and buddy lists, calendar data, pictures, and files;

Attachment B
USAO 2020R0910                                                                                   Page 1

  e. All records pertaining to communications between the Provider and any person regarding the accounts, including contacts with support services and records of actions taken.

**II.** **Section II - Items to be Seized**

All information described above in Section I that constitutes fruits or evidence of violations of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701–1707) (IEEPA), Smuggling in violation of 18 U.S.C. § 554, the Export Control Reform Act of 2018 ("ECRA"), Pub. L. No. 115-232, tit. 17, subtitle B, 132 Stat. 2208 (2018), False Statements in violation of 18 U.S.C. § 1001, and 15 C.F.R. § 30.71(a) Failure to file export information in the Automated Export System, for the account listed in Attachment A, *i.e.*, information pertaining to the following matters:

1. All documents relating to the export, acquisition, or sale of Unmanned Aerial Vehicles (UAVs) and UAV components;
2. All documents relating to the export, acquisition, or sale of any other controlled commodity and/or any intellectual property;
3. All documents relating to knowledge of United States export control restrictions;
4. All documents relating to the completion of customs and/or export forms for shipment of goods from the United States to a foreign country;
5. All documents relating to the formation of any other entities, organizations, or groups that may be involved in the manufacturing, distribution, engineering and design, or export of UAV and UAV components;
6. Any and all other log records, including IP address captures, associated with the specified accounts;
7. All subscriber records associated with the specified accounts, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number

or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number.